UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED
2019 APR 11 P 3: 20
US DISTRICT COURT
BRIDGEPORT CT

JENEVIEVE THOBY a/k/a JENNY THOBY,
individually and on behalf of all others similarly situated,
    Plaintiff,

v.

CENTURY FINANCIAL SERVICES, INC. d/b/a
CENTURY HEALTHCARE COLLECTION
IN CONNECTICUT and JOHN DOES 1-25,
    Defendants.

3:18-cv-01404-SRU

## JUDGMENT

This matter came on before the Honorable Stefan R. Underhill, United States District Judge, as a result of defendants' motion to dismiss.

The Court having considered the motion and the full record of the case including applicable principles of law, and having filed its ruling (Doc. No. 20), on April 4, 2019, granting the defendants' motion, it is therefore;

ORDERED, ADJUDGED and DECREED that judgment is hereby entered in favor of the defendants, against the plaintiff, dismissing the case in accordance with the ruling, and the case is closed.

Dated at Bridgeport, Connecticut, this 11th day of April 2019.

Robin D. Tabora, Clerk

By  /s/ Rochelle Jaiman
      Deputy Clerk

Entered on Docket: 4/11/19